# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CARL PYPERS,

        Plaintiff,

-vs-

                                      Case No. 6:07-cv-559-Orl-18GJK

FIFTH AVENUE GRILL, INC.,

        Defendant.

_____

## REPORT AND RECOMMENDATION
## TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF FINAL JUDGMENT (Doc. No. 21)** |
| **FILED:** | December 7, 2007 |
| **THEREON** it is **RECOMMENDED** that the **MOTION** be **GRANTED**. | |

### I. BACKGROUND

Plaintiff Carl Pypers ("Plaintiff") resides in Brevard County, Florida. Doc. No. 1, ¶ 4. Plaintiff seeks to hold Defendant Fifth Avenue Grill, Inc. ("Defendant") liable for unpaid and overtime compensation pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et. seq. *Id.* Defendant is Florida corporation with its principal place of businesses in Orange County, Florida. *Id.*, ¶ 8.

Between September 6, 2006 and October 27, 2006, Plaintiff worked for Defendant as a cook. Doc. No. 1, ¶¶ 6, 7; Doc. No. 24, ¶ 1. Defendant paid Plaintiff an hourly rate of seven dollars and fifty cents ($7.50). Doc. No. 24, ¶ 4. During the time Defendant employed Plaintiff, Defendant did not pay Plaintiff